UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-00064-1-JRG-CLC |
| | ) | |
| NICHOLAS JOSEPH BUCKNER | ) | |

## **ORDER**

This matter is before the Court on United States Magistrate Judge Clifton L. Corker's Report and Recommendation [Doc. 53]. Magistrate Judge Corker recommends the Court accept Defendant's plea of guilty to the charge in Count Two of the Indictment [Doc. 3], adjudge him guilty of that charge, and order that he remain in custody until his sentencing hearing. None of the parties has timely objected to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

After carefully reviewing the record, the Court agrees with Magistrate Judge Corker's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of the charge in Count Two of the indictment. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 40] until after it has reviewed the Presentence Investigation Report [Doc. 56] from the United States Probation Office. Defendant **SHALL** remain in custody until his sentencing hearing.

So ordered.

ENTER:

                                            s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE